IN THE DISTRICT COURT OF THE UNITED STATES FOR
THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Matthew Paul Scarborough,<br><br>Plaintiff,<br><br>v.<br><br>LT. Bennett, Sergeant Oneil,<br><br>Defendant. | Case No. 4:26-cv-02313-SAC<br><br><br><br>**OPINION AND ORDER** |

This matter is before the Court on a Report and Recommendation ("Report") of the Magistrate Judge. ECF No. 14. In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2), D.S.C., this matter was referred to United States Magistrate Judge Thomas E. Rogers, III, for pre-trial proceedings. For the reasons stated herein, the Court summarily dismisses this matter without prejudice.

**BACKGROUND**

Plaintiff, a state prisoner proceeding *pro se* and *in forma pauperis*, brings this civil action against Defendants alleging violations of his constitutional rights pursuant to 42 U.S.C. § 1983. ECF No. 1. Specifically, Plaintiff alleges Defendants failed to protect him from another inmate. *Id.* After Plaintiff's Complaint was entered on the docket, the Magistrate Judge issued a proper form order advising Plaintiff that, among other issues, the Complaint was subject to dismissal as drafted because Plaintiff failed to sufficiently allege a claim under § 1983. ECF No. 7. The Magistrate Judge advised Plaintiff of the deficiencies in the Complaint and instructed Plaintiff to file an amended complaint. *Id.* at 2-4. The Magistrate Judge further advised Plaintiff that if he failed to file an amended complaint or cure the other deficiencies in the Order, the Magistrate Judge would recommend his claim be dismissed. *Id.* at 3. Plaintiff did not respond to the proper

form order and has not provided the Court with an amended complaint or cured the other deficiencies noted in the Order.[1]

On August 7, 2026, the Magistrate Judge issued a Report recommending summary dismissal without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). ECF No. 14. The Magistrate Judge advised Plaintiff of the procedures and requirements for filing objections to the Report and the serious consequences if he failed to do so. *Id.* at 5. Plaintiff has not filed any objections and the time to do so has lapsed.

**STANDARD OF REVIEW**

The Magistrate Judge makes only a recommendation to this Court. *Mathews v. Weber*, 423 U.S. 261, 271 (1976). The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the Court. *Id.* The Court is charged with making a *de novo* determination of any portion of the Report of the Magistrate Judge to which a specific objection is made. *See* 28 U.S.C. § 636(b). The Court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or recommit the matter to the Magistrate Judge with instructions. *Id.* In the absence of an objection, the Court will review the Report for clear error. *See Diamond v. Colonial Life & Accident Ins.*, 416 F.3d 310, 315 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation" (citation modified).

[1] On July 1, 2026, the Clerk's office mailed Plaintiff notification of the reassignment of this case, ECF No. 9, to the undersigned. ECF No. 10. On August 27, 2026, this notification was returned to the Clerk's Office as undeliverable. *See* ECF No. 17. The Magistrate Judge advised Plaintiff that he must immediately advise the Clerk of Court in writing of any change of address and that failure to do so will not be excused by the Court. *See* ECF No. 7 at 4. The Court has not received any information from Plaintiff that his address has changed. Further, no other documents mailed to Plaintiff, including the Report, have been returned as undeliverable.

## CONCLUSION

The Court has considered the record in this case, the applicable law, and the Report of the Magistrate Judge. The Court finds no clear error and thereby agrees with the recommendation of the Magistrate Judge and incorporates it by reference. Accordingly, Plaintiff's Complaint is **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED**.

United States District Judge

September 23, 2026
Greenville, South Carolina

## NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this order pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.